**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF B.M.G. | : | No. 106 WAL 2016 |
| | : | |
| | : | |
| PETITION OF: M.L.D., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE:  ADOPTION OF S.T.G. | : | No. 107 WAL 2016 |
| | : | |
| | : | |
| | : | |
| PETITION OF:  M.L.D., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 29th day of April, 2016, the Petition for Allowance of Appeal is

**DENIED**.